**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WEST CHARLESTON LOFTS I, LLC, a Nevada limited liability company; WCL COMMERCIAL, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>R&O CONSTRUCTION COMPANY, a Utah corporation, et al.,<br><br>Defendant<br><br>AND ALL RELATED ACTIONS. | 2:09-CV-00392-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendant/Counterclaimant R&O Construction Company's fully briefed Motion to Confirm Arbitration on Award and Enter Judgment on Award (Doc. #157), filed April 18, 2011..

In its Partial Opposition to Defendant/Counterclaimant's Motion (Doc. #158) Plaintiff/Counter Defendant/Third-Party Defendant West Charleston Lofts I, LLC's and Third Party Defendants ( collectively "WCL") do not oppose Confirmation of the Arbitration, but do object to R&O's Motion to Judgment and

1  Foreclosure on its Mechanics Liens.  Having asserted no objection to Confirmation
2  of the Arbitrator Award holding that R&O is entitled to payment from WCL in the
3  amount of $344,409.74, the Court finds that the Arbitrator Award should be
4  confirmed.
5       The issue of R&O's entitlement to foreclose on its Mechanics Liens is a
6  separate matter which was expressly not addressed by the Arbitrator.  The amount
7  owed by WCL to R&O is now determined and WCL presents no good cause why
8  judgment foreclosing on R&O's mechanics liens on the parcels owned by WCL
9  should not be granted and judgment entered accordingly.

10       **IT IS THEREFORE ORDERED** that Defendant/Counterclaimant R&O
11 Construction Company's Motion to Confirm Arbitration on Award and Enter
12 Judgment on Award (Doc. #157) is **GRANTED** and that judgment should be entered
13 in favor of Defendant/Counterclaimant R&O Construction Company and against
14 Plaintiff/Counter Defendant/Third-Party Defendant West Charleston Lofts I, LLC's
15 and Third Party Defendants (collectively "WCL") in the amount of **$344,409.74**, as
16 determined by the Arbitrator.

17       **IT IS FURTHER ORDERED** that judgment shall be entered in favor of
18 Defendant/Counterclaimant R&O Construction Company entitling R&O to foreclose
19 on the Mechanic's Liens on the units owned by WCL.

20       **IT IS FURTHER ORDERED** that the Clerk of Court shall forthwith enter
21 the Proposed Judgment (Doc. #157-1 ) submitted by R&O on March 18, 2011.

22       **IT IS FURTHER ORDERED** that Plaintiffs and Counterclaim
23 Defendant's Motion to Withdraw as Counsel of Record (Doc. #161) is **GRANTED**.
24 DATED: June 13, 2011.

_____
PHILIP M. PRO
United States District Judge