Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
(702) 252-2002

Cass C. Butler, Esq.
*Admitted Pro Hac Vice*
Michael D. Stanger, Esq.
Nevada Bar No. 8272
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
Telephone: (801) 530-7300

Attorneys for Defendant, Counter-Claimant and
Third-Party Plaintiff R&O Construction Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WEST CHARLESTON LOFTS I, LLC, a Nevada limited liability company; WCL COMMERCIAL, LLC, a Nevada limited liability company, | |
| Plaintiffs and Counterclaim Defendants, | **JUDGMENT** |
| vs. | |
| R&O CONSTRUCTION COMPANY, a Utah corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | Civil No. 2:09-CV-00392-PMP-LRL |
| Defendant and Counterclaimant. | Judge Philip M. Pro<br>Magistrate Judge Lawrence R. Leavitt |
| R&O CONSTRUCTION COMPANY, a Utah corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| CHARLES G. HALL, et al. | |
| Third-Party Defendants. | |

That portion of this action relating to the claims between West Charleston Lofts I, LLC ("WCL") and R&O Construction Company ("R&O") having been heard, pursuant to this Court's Order compelling arbitration of said claims, by Arbitrator William C. Turner, Esq., in November

5586431

and December 2010, and Arbitrator Turner having issued an award, dated March 7, 2011, which

awards R&O $344,409.74 to be paid by WCL, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that Counterclaimant, R&O

Construction Company, recover from Counterclaim Defendant, West Charleston Lofts, I, LLC, the

sum of $344,409.74, with post judgment interest at the rate established by 28 U.S.C. § 1961, and

costs pursuant to FED. R. CIV. P. 54(d), as verified by R&O's counsel.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that R&O shall have a lien

on the whole of WCL's real property described as follows:

| Clark County Parcel No | Unit | Unit Lien Value |
|---|---|---|
| 16402113003 | 203 | $9,789.05 |
| 16402113005 | 205 | $9,510.16 |
| 16402113020 | 220 | $8,773.10 |
| 16402113022 | 402 | $6,597.75 |
| 16402113026 | 406 | $8,773.10 |
| 16402113029 | 409 | $8,864.73 |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the real property may

be sold at public auction by the sheriff of Clark County, Nevada, according to law, and that R&O

or any other person may become the purchaser at the sale. The sheriff is further ordered, pursuant

to that sale and the law, to execute a deed to the purchaser of the real property and that the proceeds

of the sale shall be applied first to the sheriff's costs of sale, including fees, disbursements and

commissions, and then to R&O for all amounts due to R&O under this judgment, including

interest, and costs of suit. If any funds remain after payment of these amounts, those sums shall be

paid to WCL. If the proceeds of the sale are insufficient to pay R&O the full amount due under this

judgment, the amount of that deficiency, with interest from the date of sale, shall be due and owing

from WCL.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, after the execution and

delivery of the sheriff's deed after foreclosure, WCL and all persons claiming under WCL, and all

5586431

persons claiming interests in the real property junior to that of the mechanic's liens foreclosed on

in this judgment, shall be forever barred from asserting interests in the real property.

DATED:  June 13, 2011.

_____
Philip M. Pro
United States District Judge