**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WEST CHARLESTON LOFTS I, LLC, a Nevada limited liability company; WCL COMMERCIAL, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>R&O CONSTRUCTION COMPANY, a Utah corporation, et al.,<br><br>Defendant<br><br>AND ALL RELATED ACTIONS. | 2:09-CV-00392-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendant/Counterclaimant R&O Construction Company's Motion to Augment Judgment to Include: (1) Attorneys' Fees Incurred in Defending Against Motion to Expunge Mechanic's Liens' and (2) Appellate Attorneys' Fees (Doc. #166).

No opposition has been filed to Defendant/Counterclaimant R&O Construction Company's Motion, and the time for doing so has expired. Additionally, a review of the Motion shows that Defendant/Counterclaimant R&O

Construction Company is entitled to the relief requested.

**IT IS FURTHER ORDERED** that Defendant/Counterclaimant R&O Construction Company's Motion to Augment Judgment to Include: (1) Attorneys' Fees Incurred in Defending Against Motion to Expunge Mechanic's Liens' and (2) Appellate Attorneys' Fees (Doc. #166) is **GRANTED**.

DATED: July 18, 2011.

_____
PHILIP M. PRO
United States District Judge