# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WEST CHARLESTON LOFTS I, LLC, a Nevada limited liability company; WCL COMMERCIAL, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>R&O CONSTRUCTION COMPANY, a Utah corporation, et al.,<br><br>Defendant<br><br>AND ALL RELATED ACTIONS. | 2:09-CV-00392-PMP-LRL<br><br>**<u>ORDER</u>** |

**IT IS ORDERED that** the Notice of Voluntary Dismissal (Doc. #340), the Stipulated Dismissal with Prejudice of R & O Construction Company's Claims against Jill Eckhaus (Doc. #341), and the Notice Withdrawing Motion to Enlarge Time and Serve the Summons and Second Amended Third-Party Complaint on Third-Party Defendant Blake L. Sartini II (Doc. #339) are hereby **GRANTED**.

DATED: July 18, 2013.

_____
PHILIP M. PRO
United States District Judge