Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
(702) 252-5002

Cass C. Butler, Esq.
*Admitted Pro Hac Vice*
Michael D. Stanger, Esq.
Nevada Bar No. 8272
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
Telephone: (801) 530-7300

Attorneys for Defendant, Counter-Claimant and Third-Party Plaintiff R&O Construction Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WEST CHARLESTON LOFTS I, LLC, a Nevada limited liability company; WCL COMMERCIAL, LLC, a Nevada limited liability company,<br><br>　　Plaintiffs and Counterclaim Defendants,<br><br>　　vs.<br><br>R&O CONSTRUCTION COMPANY, a Utah corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　Defendant and Counterclaimant.<br><br>R&O CONSTRUCTION COMPANY, a Utah corporation, | **MOTION FOR AN ORDER CERTIFYING JUDGMENT AS FINAL**<br><br><br>Civil No. 2:09-CV-00392-PMP-VCF<br><br>Judge Philip M. Pro<br>Magistrate Judge Cam Ferenbach |

607496_1.DOCX

1

|   |   |
|---|---|
| 1 |   |
| 2 | Third-Party Plaintiff, |
| 3 | vs. |
| 4 | CHARLES G. HALL, et al. |
| 5 | Third-Party Defendants. |

Third Party Plaintiff R&O Construction Company ("R&O"), by and through counsel and pursuant to FED. R. CIV. P. 54(b), hereby moves the Court for an Order certifying as a final judgment the judgment it obtained on July 24, 2012 against Third-Party Defendants Gamocs, LLC and the Stone Crest Trust (Docket No. 188).

Certification of that order as final will allow R&O to execute on properties owned by Gamocs, LLC and the Stone Crest Trust before concluding its claims against all other parties in this litigation.

Rule 54(b) states:

> When an action presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is *no just reason for delay*. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

FED. R. CIV. P. 54(b) (emphasis added).

R&O respectfully submits that there is no just reason for delay. It should be allowed to execute on the judgments it has obtained against Gamocs, LLC and the Stone Crest Trust without concluding all other claims in this litigation.

607496_1.DOCX

DATED this 29th day of October, 2013.

/s/ Michael D. Stanger
MICHAEL D. STANGER
CALLISTER NEBEKER & McCULLOUGH

KENT F. LARSEN
SMITH LARSEN & WIXOM
Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff R&O Construction Company

IT IS SO ORDERED.

PHILIP M. PRO, U.S. District Judge
November 20, 2013

607496_1.DOCX

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION FOR AN ORDER CERTIFYING JUDGMENT AS FINAL** was served via the ECF system or via First-Class U.S. Mail on the 29th day of October, 2013, on the following:

Charles G. Hall III & Christina J. Hall
11441 Allerton Park Dr. #201
Las Vegas, NV 89135-3375

Pierre Gatel
11441 Allerton Park Drive # 204
Las Vegas, Nevada 89135

James C. Hunt Jr.
11441 Allerton Park Dr. #211
Las Vegas, NV 89135-3375

Candace Bailey
5115 S Decatur Blvd, Ste. 200
Las Vegas, NV 89118-4925

Hayman Properties LLC
c/o Jennifer Merrell
13 Vintage Court
Las Vegas, Nevada 89113-1353

Dale A. Hayes Jr., Esq.
1050 Indigo Drive, Suite 120
Las Vegas, NV 89145

Ultra Investments, LLC
c/o Doug Sawyer
2816 Summer Lake Drive
Las Vegas, Nevada 89128

Ultra Investments, LLC
16479 S E Oak Meadow Ct
Damascus, OR 97089-8976

August W. Chang
11441 Allerton Park Dr. #408
Las Vegas, NV 89135-3377

The Victoria O'Gara Trust
1061 Woodland Drive
Beverly Hills, California 90210-2936

Susan Stone; Stone Crest Trust
1658 Crest Dr.
Encinitas, CA 92024-5211

Gamocs, LLC
c/o Cane Clark Agency, LLC
3273 East Warm Springs Road
Las Vegas, Nevada 89120

West Charleston Lofts I, LLC
WCL Commercial, LLC
c/o John M. Sacco
1001 Park Run Drive
Las Vegas, NV 89145

/s/ Michael D. Stanger

607496_1.DOCX