UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WEST CHARLESTON LOFTS I, LLC and WCL COMMERCIAL, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>R&O CONSTRUCTION COMPANY, <br><br>Defendant. <br><br>AND ALL RELATED THIRD PARTY CLAIMS. | 2:09-cv-00392-PMP-VCF <br><br><br>ORDER |

Pursuant to the Scheduling Order (Doc. #303), the parties were ordered to file a proposed joint pretrial order by January 17, 2014. The parties did not file the proposed joint pretrial order.

IT IS THEREFORE ORDERED this matter is set for a status conference regarding why this action should not be dismissed on Monday, February 10, 2014, at 9:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that this hearing will be vacated if the parties file a stipulation to dismiss prior to the hearing.

DATED: January 21, 2014

_____
PHILIP M. PRO
United States District Judge