Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
(702) 252-2002

Cass C. Butler, Esq.
*Admitted Pro Hac Vice*
Michael D. Stanger, Esq.
Nevada Bar No. 8272
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
Telephone: (801) 530-7300

Attorneys for Defendant, Counter-Claimant and
Third-Party Plaintiff R&O Construction Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WEST CHARLESTON LOFTS I, LLC, a Nevada limited liability company; WCL COMMERCIAL, LLC, a Nevada limited liability company, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> vs. <br><br> R&O CONSTRUCTION COMPANY, a Utah corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendant and Counterclaimant. | **JUDGMENT AGAINST THIRD PARTY DEFENDANTS PIERRE GATEL, HONG HUNT AND JAMES C. HUNT JR.** <br><br> Civil No. 2:09-CV-00392-PMP-LRL <br><br> Judge Philip M. Pro <br> Magistrate Judge Lawrence R. Leavitt |
| R&O CONSTRUCTION COMPANY, a Utah corporation, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> CHARLES G. HALL, et al. <br><br> Third-Party Defendants. | |

The court having reviewed the Motion for Default Judgment filed by R&O Construction Company against Third-Party Defendants Pierre Gatel, Hong Hunt and James C. Hunt, Jr. (collectively the "Third-Party Defendants );

5586431

1       and the Third-Party Defendants having failed to plead or otherwise defend against Third
2  Party Plaintiff R&O Construction Company's ("R&O") claims against them;

3       and good cause appearing therefore;

4       IT IS ORDERED, ADJUDGED, AND DECREED

5       A.      That R&O recover from Pierre Gatel in the amount of $14,098.24. R&O shall have
6  a lien in that same amount on the whole of Clark County Parcel No. 16402113004, owned by Mr.
7  Gatel.

8       B.      That R&O recover from Hong Hunt and James C. Hunt, Jr. in the amount of
9  $15,401.67. R&O shall have a lien in that same amount on the whole of Clark County Parcel No.
10 Parcel No. 16402113011, owned by the Hunts.

11      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the real property may
12 be sold at public auction by the sheriff of Clark County, Nevada, according to law, and that R&O
13 or any other person may become the purchaser at the sale. The sheriff is further ordered, pursuant
14 to that sale and the law, to execute a deed to the purchaser of the real property and that the proceeds
15 of the sale shall be applied first to the sheriff's costs of sale, including fees, disbursements and
16 commissions, and then to R&O for all amounts due to R&O under this judgment, including
17 interest, and costs of suit. If any funds remain after payment of these amounts, those sums shall be
18 paid to the respective Third-Party Defendants. If the proceeds of the sale are insufficient to pay
19 R&O the full amount due under this judgment, the amount of that deficiency, with interest from
20 the date of sale, shall be due and owing from the respective Third-Party Defendants.

21      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, after the execution and
22 delivery of the sheriff's deed after foreclosure, all persons claiming interests in the real property
23 junior to that of the mechanic's liens foreclosed on in this judgment, shall be forever barred from
24 asserting interests in the real property.

25      Dated this 14th day of _____February_____, 2014

26

27      _____
        Phillip M. Pro, United States District Court Judge
28